# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAMON MOODY

VERSUS

JARED CUNNINGHAM

NO. 2024 CW 1032

**OCTOBER 24, 2024**

---

In Re:   Jared Cunningham, applying for supervisory writs, Baker City Court, Parish of East Baton Rouge, No. 2024CVE00788.

---

**BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to include a copy of the pertinent court minutes, and a copy of each pleading on which the judgment, order or ruling was founded, including the petition(s) and answer, in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8) and (10).

Moreover, a judgment of eviction is appealable. See La. Code Civ. P. art. 4735; **Terrebonne Parish Port Commission v. Eagle Dry Dock & Marine Repairs, L.L.C.**, 2014-0010, p. 13 (La. App. 1st Cir. 7/7/15), 2015 WL 4094331, at *7 (unpublished). Accordingly, the appropriate remedy for review of a judgment of eviction is by appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.

Any request for stay is more properly directed to the city court.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT